**SAO**
**RESNICK & LOUIS, P.C.**
RANDALL TINDALL
Nevada Bar No. 6522
rtindall@rlattorneys.com
MATTHEW B. BECKSTEAD
Nevada Bar No. 14168
mbeckstead@rlattorneys.com
8945 West Russell Rd., Suite 330
Las Vegas, NV 89148
Telephone: (702) 997-3794
Facsimile: (702) 997-9590
*Attorneys for Defendant,*
*Resorts World Las Vegas, LLC, dba*
*Resorts World Las Vegas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD AKIVA,<br><br>Plaintiff,<br>vs.<br><br>RESORTS WORLD LAS VEGAS, LLC, a Delaware Limited Liability Company dba RESORTS WORLD LAS VEGAS; DOES I – X; and ROE ENTITIES XI-XX, inclusive,<br><br>Defendants. | CASE NO.: 2:26-cv-00350<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between, Plaintiff, RICHARD AKIVA (hereinafter "Plaintiff"), by and through his counsel of record, GUS W. FLANGAS, ESQ. and KIMBERLY P. STEIN, ESQ. of the FLANGAS LAW GROUP, and RESORTS WORLD LAS VEGAS, LLC, a Delaware Limited Liability Company dba RESORTS WORLD LAS VEGAS (hereinafter "Defendant") by and through its counsel of record RANDALL TINDALL and MATTHEW B. BECKSTEAD of the law firm RESNICK & LOUIS, P.C., that Plaintiff's

///

///

///

Complaint, and any and all claims related thereto, is dismissed with prejudice, in its entirety, with each of the parties to bear their own attorney's fees and costs.

Dated this 1st day of September 2026

**RESNICK & LOUIS, P.C.**

*/s/ Randall Tindall*

RANDALL TINDALL
Nevada Bar No. 6522
MATTHEW B. BECKSTEAD
Nevada Bar No. 14168
8945 West Russell Rd., Suite 330
Las Vegas, NV 89148
Telephone: (702) 997-3794
Facsimile: (702) 997-9590
*Attorneys for Defendant,*
*Resorts World Las Vegas, LLC, dba*
*Resorts World Las Vegas*

Dated this 1st day of September 2026

**FLANGAS LAW GROUP**

*/s/ Kimberly P. Stein*

GUS W. FLANGAS, ESQ.
Nevada Bar No. 4989
KIMBERLY P. STEIN, ESQ.
Nevada Bar No. 8675
3275 South Jones Blvd., Suite 105
Las Vegas, NV 89146
*Attorneys for Plaintiff,*
*Richard Akiva*

**ORDER**

**IT IS HEREBY ORDERED** that this action is **DISMISSED with prejudice**, in its entirety, with each party to bear its own attorney's fees and costs.

The Clerk of Court is kindly directed to close the case.

IT IS SO ORDERED:

DATED this __1__ day of September, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Respectfully submitted by:

**RESNICK & LOUIS, P.C.**

*/s/ Randall Tindall*

______________________________

RANDALL TINDALL
Nevada Bar No. 6522
MATTHEW B. BECKSTEAD
Nevada Bar No. 14168
8945 West Russell Rd., Suite 330
Las Vegas, NV 89148
Telephone: (702) 997-3794
Facsimile: (702) 997-9590
*Attorneys for Defendant,*
*Resorts World Las Vegas, LLC, dba*
*Resorts World Las Vegas*